CITY OF SYLVESTER *v.* WOOTEN, solicitor-general, *et al.*

FISH, C. J. The judge did not err in granting an interlocutory injunction.
*Judgment affirmed. All the Justices concur.*

Submitted May 6,—Decided August 12, 1909.

Injunction. Before Judge Park. Worth superior court. April 3, 1909.

The injunction restrained the erection of a steel water-tower and water-tank (as a part of the public waterworks system of the city) in the crossing of two prominent and populous streets of Sylvester, which structure would occupy a space of 35 to 40 feet square. The evidence was in conflict upon the issue whether this would materially interfere with the use of the street for ordinary and usual purposes. The plaintiffs contended that the city had no power to use the streets for this purpose; the defendant insisted that it had the power and discretion to fix the location of the tower at the point in question.

*Perry & Tipton* and *W. E. Grubbs,* for plaintiff in error
*Claude Payton, Mark Tison,* and *W. E. Wooten,* contra.